UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES LOPER,

    Plaintiff,

  v.

ANISE ADAMS, et al.,

    Defendants.

Case No. 15-cv-00408-HSG (PR)

**ORDER DIRECTING CLERK TO REASSIGN THE ACTION TO MAGISTRATE JUDGE LLOYD**

Plaintiff has filed a consent to magistrate judge jurisdiction. <u>See</u> Docket #7 at 4. Prior to being reassigned to the undersigned judge, this action was originally assigned to Magistrate Judge Howard R. Lloyd. Now that Plaintiff has consented to proceed before a magistrate judge, the Clerk of the Court shall reassign this matter back to Magistrate Judge Lloyd.

**IT IS SO ORDERED.**

Dated: 3/23/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge