IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LOPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHCF, et al.<br><br>　　　　Defendants. | No. C 15-00408 HRL (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner proceeding *pro se*, filed a first amended complaint pursuant to 42 U.S.C. § 1983 against prison officials at California Health Care Facility for unconstitutional acts. (Docket No. 7.) Because the acts complained of occurred in San Joaquin County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: _5/11/15_

　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Order of Transfer
P:\PRO-SE\HRL\CR.15\00408Loper_transfer CAED.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LOPER, | Case Number CV 14-00408 HRL (PR) |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| CHCF, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___5/12/15___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**James Loper**
AG3529
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

DATED: ___5/12/15___    P. Cromwell, deputy
                         Richard W. Wieking, Clerk